VERIFICATION (J)

I have read the foregoing complaint and hereby verify that the matters alleged therein are true best to my knowledge and belief. I certify, and swear under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of February

*[signature]*

LORENZA BARNETTE (A620-463)

NOTARY STATEMENT (K)

On this 3rd day of February, inmate Lorenza Barnette

Personally appeared before me, to me known to be the person describe in and who executed the within foregoing instrument, and acknowledged that he sign the same as his voluntary act and deed, for the uses and purpose therein mentioned.

Witnessed my hand and official seal hereto affixed this 3rd day of February 2021.

*[signature]*

Notary Public, in and for the County of Marion, State of Ohio

Linda S. Smith
Notary Public - State of Ohio
Marion County
My Commission Expires 9/25/21

p.9