A

IN THE COURT OF COMMON PLEAS

STATE OF OHIO        )
                     ) SS:
COUNTY OF MAHONING   )

STATE OF OHIO                )  DIRECT PRESENTMENT
                             )  JUDGE
    PLAINTIFF                )  CASE NO. 09 CR 1122
                             )
                             )  INDICTMENT FOR
VS.                          )  COUNTS ONE AND THREE
                             )  AGGRAVATED MURDER
LORENZA I BARNETTE           )  R.C.2903.01(A)(F) Felony/Life/Death
D.O.B. 10-5-81               )  COUNTS TWO AND FOUR
S.S.#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             )  AGGRAVATED MURDER
421 Lora                     )  R.C.2903.01(B)(F) Felony/Life/Death
Youngstown, Ohio             )  DEATH PENALTY SPECIFICATIONS
                             )  R.C.2929.04(A)(5)&2929.04(A)(7)
    DEFENDANT                )  COUNT FIVE AND SIX
                             )  KIDNAPPING
                             )  R.C.2905.01(A)(2)(C) F-1
                             )  COUNTS SEVEN AND EIGHT
                             )  AGGRAVATED ROBBERY
                             )  R.C.2911.01(A)(3)(C) F-1
                             )  COUNT NINE
                             )  ARSON
                             )  R.C.2909.03(A)(1)(B)(2) F-4

FILED OCT 01 2009 ANTHONY... CLERK

## COUNT ONE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I BARNETTE did purposely and with prior calculation and design, cause the death of Darry Woods, in violation of Section 2903.01(A)(F) of the Revised Code, a Felony, against the peace and dignity of the State of Ohio.

## SPECIFICATION

The Grand Jury further finds and specifies that the offense at bar was part of a course of conduct involving the purposeful killing of or attempting to kill two or more persons by the offender, LORENZA I BARNETTE, contrary to and in violation of R.C. 2929.04(A)(5).

## SPECIFICATION

The Grand Jury further finds and specifies that LORENZA I. BARNETTE committed the offense of Aggravated Murder while LORENZA I. BARNETTE was committing, or attempting

2009 CR 01122
00053860255
DP

to commit or fleeing immediately after committing or attempting to commit Aggravated Robbery, Kidnapping and Arson, and that LORENZA I. BARNETTE was the principal offender in the commission of Aggravated Murder, or if not the principal offender, committed the Aggravated Murder with prior calculation and design, contrary to R.C. 2929.04(A)(7).

## COUNT TWO

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did purposely cause the death of Darry Woods, while the said LORENZA I. BARNETTE was committing or attempting to commit or in fleeing immediately after committing or attempting to commit Aggravated Robbery, in violation of Section 2911.01 of the Revised Code, Kidnapping, in violation of Section 2905.01 of the Revised Code and Arson, in violation of Section 2909.03 of the Revised Code, in violation of Section 2903.01(B)(F) of the Revised Code, a Felony, and against the peace and dignity of the State of Ohio.

## SPECIFICATION

The Grand Jury further finds and specifies that the offense at bar was part of a course of conduct involving the purposeful killing of or attempting to kill two or more persons by the offender, LORENZA I BARNETTE, contrary to and in violation of R.C. 2929.04(A)(5).

## SPECIFICATION

The Grand Jury further finds and specifies that LORENZA I. BARNETTE committed the offense of Aggravated Murder while LORENZA I. BARNETTE was committing, or attempting to commit or fleeing immediately after committing or attempting to commit Aggravated Robbery, Kidnapping and Arson, and that LORENZA I. BARNETTE was the principal offender in the commission of Aggravated Murder, or if not the principal offender, committed the Aggravated Murder with prior calculation and design, contrary to R.C. 2929.04(A)(7).

## COUNT THREE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I BARNETTE did purposely and with prior calculation and design, cause the death of Jaron Roland, in violation of Section 2903.01(A)(F) of the Revised Code, a Felony, against the peace and dignity of the State of Ohio.

## SPECIFICATION

The Grand Jury further finds and specifies that the offense at bar was part of a course of conduct involving the purposeful killing of or attempting to kill two or more persons by the offender, LORENZA I BARNETTE, contrary to and in violation of R.C. 2929.04(A)(5).

## SPECIFICATION

The Grand Jury further finds and specifies that LORENZA I. BARNETTE committed the offense of Aggravated Murder while LORENZA I. BARNETTE was committing, or attempting to commit or fleeing immediately after committing or attempting to commit Aggravated Robbery, Kidnapping and Arson, and that LORENZA I. BARNETTE was the principal offender in the commission of Aggravated Murder, or if not the principal offender, committed the Aggravated Murder with prior calculation and design, contrary to R.C. 2929.04(A)(7).

## COUNT FOUR

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did purposely cause the death of Jaron Roland, while the said LORENZA I. BARNETTE was committing or attempting to commit or in fleeing immediately after committing or attempting to commit Aggravated Robbery, in violation of Section 2911.01 of the Revised Code, Kidnapping, in violation of Section 2905.01 of the Revised Code and Arson, in violation of Section 2909.03 of the Revised Code, in violation of Section 2903.01(B)(F) of the Revised Code, a Felony, and against the peace and dignity of the State of Ohio.

## SPECIFICATION

The Grand Jury further finds and specifies that the offense at bar was part of a course of conduct involving the purposeful killing of or attempting to kill two or more persons by the offender, LORENZA I BARNETTE, contrary to and in violation of R.C. 2929.04(A)(5).

## SPECIFICATION

The Grand Jury further finds and specifies that LORENZA I. BARNETTE committed the offense of Aggravated Murder while LORENZA I. BARNETTE was committing, or attempting to commit or fleeing immediately after committing or attempting to commit Aggravated Robbery, Kidnapping and Arson, and that LORENZA I. BARNETTE was the principal offender in the commission of Aggravated Murder, or if not the principal offender, committed the Aggravated Murder with prior calculation and design, contrary to R.C. 2929.04(A)(7).

## COUNT FIVE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did by force, threat or deception, purposely remove Darry Woods from the place where he was found, or restrain the liberty of Darry Woods, with purpose to facilitate the commission of a felony or flight thereafter, in violation of Section 2905.01(A)(2)(C) of the Revised Code, a Felony of the First Degree, against the peace and dignity of the State of Ohio.

## COUNT SIX

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did by force, threat or deception, purposely remove Jaron Roland from the place where he was found, or restrain the liberty of Jaron Roland, with purpose to facilitate the commission of a felony or flight thereafter, in violation of Section 2905.01(A)(2)(C) of the Revised Code, a Felony of the First Degree, against the peace and dignity of the State of Ohio.

## COUNT SEVEN

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did in committing or attempting to commit or in fleeing immediately after committing or attempting to commit a theft offense as defined in Section 2913.01 of the Revised Code, recklessly inflict or attempt to inflict serious physical harm on Darry Woods, in violation of Section 2911.01(A)(3)(C) of the Revised Code, a Felony of the First Degree, and against the peace and dignity of the State of Ohio.

## COUNT EIGHT

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did in committing or attempting to commit or in fleeing immediately after committing or attempting to commit a theft offense as defined in Section 2913.01 of the Revised Code, recklessly inflict or attempt to inflict serious physical harm on Jaron Roland, in violation of Section 2911.01(A)(3)(C) of the Revised Code, a Felony of the First Degree, and against the peace and dignity of the State of Ohio.

## COUNT NINE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about August 11, 2009, at Mahoning County, LORENZA I. BARNETTE did by means of fire or explosion, knowingly cause or create a substantial risk of physical harm to any property of Enterprise Rent-A-Car without its consent, with the value of the property or amount of physical harm involved being less than $500.00, in violation of Section 2909.03(A)(1)(B)(2) of the Revised Code, a Felony of the Fourth Degree, against the peace and dignity of the State of Ohio.

## NOTICE

You are advised that you are under indictment for a charge that places you under a disability and prohibits you from acquiring, having, carrying or using any firearm or dangerous

ordnance during the pendency of this case OR upon conviction of this or a lesser included offense. Should you do so, you can be charged with having a weapon under disability, Ohio Revised Code Section 2923.13, a Felony 3.

ENDORSED A TRUE BILL:

_____
JOE IGNAZIO, FOREMAN

_____
PAUL J. GAINS
PROSECUTING ATTORNEY

This is a true copy of the original
Filed in Case No. _____
ANTHONY VIVO, Clerk of Courts
By _____ Deputy