| ARREST REPORT | YPD - Youngstown Police Department | Incident Number |
|---|---|---|
| PD5 | Youngstown, OH 44503 | 09-053485.2 |

Report Type: Arrest Report

| Arrestee # 1 | | | | Alias | Address | | Phone | | |
|---|---|---|---|---|---|---|---|---|---|
| Barnette, Lorenza | | | | | 421 Lora AVE Youngstown, OH | | | | |
| Date and Time Arrested | | Arrest/Docket # | | Location of Arrest | | | Arrested I/O | | |
| 10/02/2009 10:00 | | Direct Indictment | | | | | | | |
| Arrest/Offense Description and Code Number | | | | Additional Description | | | Arrest Type | | |
| 290302.09A - Murder | | | | | | | Warrant | | |
| Sex | Race | | Cinx | Age | Date of Birth | Height | Weight | Build | Hair Color | Hair Style |
| Male | Black or African American | | | 27 | 10/5/1981 | 6' 1" | 205 | | Black | |
| Eye Color | Teeth | | Facial Hair | Scars/Marks/Tattoos/Piercing | | | MO | | Hair Length |
| Brown | | | | | | | | | |
| Shirt | Pants | | Shoes | Coat | | Hat | Glasses | PD Photos | PD Prints |
| | | | | | | | | | |
| Ethnicity | | | Juvenile Arrest | Juvenile Disposition | | Arrestee Armed With | Tracking No. | | Arrestee Seq. No. |
| Unknown | | | | | | None | | | 1 |
| SSN | DLN | DL State | Resident Status | DL Country | | P.O.B | Country | | County |
| | | | Resident | | | | | | |
| Habitual Offender Status | | | Multi-Clearance | Total No. Warrants | | | Alerts | | |
| | | | Not Applicable | | | | | | |

| Arrestee Notes: | The above docket was arrested and charged with the MURDER/KIDNAPPING of Jaron Roland & Darry Woods at the dead end of West Avenue on August 11, 2009. Upon a direct presentiment to the Mahoning County Grand Jury. |
|---|---|

| Related Cases: | | Division Assigned: | Detectives |
|---|---|---|---|
| REPORTING OFFICER | Report Date and Time | APPROVED BY OFFICER | APPROVED ON DATE AND TIME |
| Bokesch, Kevin | | Popovich, Joseph | 10/02/2009 12:44 |
| ASSISTED BY OFFICERS | | | |
| Slattery, Gerard | | | |

**APPREHENDED**

CASE NO. 2009 CR 1122

**Subsequent Receipt:**
Received this warrant on _____, 20____, at ____ o'clock ____ M. _____

_____
Officer

_____
Title

**RETURN OF EXECUTED WARRANT**

I received this warrant on October 1st, 2009, at 2:17 o'clock P.M., and pursuant to its command, on October 2nd, 2009, I arrested Brevette, Lorenza I, gave him a copy of this warrant with a copy of the indictment attached and brought to Mahoning County Jail
(state the place)

Fees
Mileage $ _____
_____
_____
_____
_____
Total $ 10

Arresting Officer - Sheriff -
_____
Title

**RETURN OF UNEXECUTED WARRANT**

I received this warrant on _____, 20____, at ____ o'clock ____ M. On _____, 20____, I attempted to execute this warrant but was unable to do so because _____

Fees
Mileage $ _____
_____
_____
_____
Total $ _____

(state specific reason or reasons and additional information regarding C.D.'S whereabouts)

_____
Executing Officer

_____
Title

# OHIO UNIFORM INCIDENT REPORT

## Administrative

| Field | Value |
|---|---|
| AGENCY NAME | Liberty Police Department |
| GEO CODE | B - RESIDENTIAL |
| TOD | 12:37 |
| TOA | 13:21 |
| TOC | 13:36 |
| Type | ☒ OFFENSE |
| Printed | 09-13-2016 08:58 |
| INCIDENT NUMBER/INVESTIGATIVE NUMBER | 09-18247 |

**CLEARANCES:** F ☒ Arrest – Adult

**CLEARANCE DATE:** 10-01-2009  **CLEARED BY:** 929

**REPORT DATE/TIME:** 10 / 01 / 2009  14:44
**INCIDENT OCCURRED FROM:** 10 / 01 / 2009  12:37
**INCIDENT OCCURRED TO:** 10 / 01 / 2009  13:36

**INCIDENT LOCATION:** ROOSEVELT, YOUNGSTOWN, OH 44505

## Offense

| # | Offense | Offense Code | F/A/C | F/M & Deg. | Hate/Bias | Larceny | Cnt |
|---|---|---|---|---|---|---|---|
| 1 | WARRANTS FOR ARREST | 2941.36 | C | | N | | 1 |

**LOCATION OF OFFENSE:** 1. 47

**SUSPECTED OF USING:** ☒ N NOT APPLICABLE

**TYPE WEAPON/FORCE USED:** 1. 99

## Victim

| Field | Value |
|---|---|
| NO. | 1 |
| TOTAL VICTIMS | 1 |
| VICTIM TYPE | ☒ O SOCIETY |
| NAME | SOCIETY |
| VICTIM/OFFENSE LINK | 2941.36 |

## Officers

| Role | Name | Badge No. | Date |
|---|---|---|---|
| REPORTING OFFICER | ALTIER, ROB | 929 | 10-01-2009 |
| APPROVING OFFICER | NICHOLS, DANIEL | 920 | 10-01-2009 |

**ADDITIONAL SUPPLEMENTS:** ☒ SUSPECT/ARRESTEE, ☒ NARRATIVE, ☒ OTHER

# INCIDENT REPORT - PART 2

**INCIDENT NUMBER:** 09-18247
**INCIDENT DATE/TIME:** 10-01-2009 12:37
**OFFENSE:** WARRANTS FOR ARREST

## REPORTEE

| NO. | NAME (Last, First, Middle) | AGE/D.O.B |
|---|---|---|
| 1 | ALTIER, ROBERT | 0 |

**ADDRESS:** 1315 CHURCHILL RD, YOUNGSTOWN, OH 44505
**EMPLOYER NAME AND ADDRESS:** LIBERTY POLICE DEPT.

☒ STATEMENTS OBTAINED  **TYPE:** ☒ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER

## CHECK CATEGORIES

☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☒ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTH. USE ☐ ABANDONED

## VEHICLE

| NO. | | LIC | LIS | LIY | LIT | VIN/OAN | | | | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | EVG4540 | OH | 2010 | | | | | | $ |

| VYR | VMA | VMO | VST | VCO TOP/BOTTOM | | | |
|---|---|---|---|---|---|---|---|
| 1998 | CADI | 36 | 2D | SILVER | ☐ VEHICLE LOCKED | ☐ KEYS IN VEHICLE | ☐ HOLD VEHICLE ☐ RELEASE CONTENTS |

VEHICLE ASSOC W/ SUSPECT #: 
VEHICLE ASSOC W/ VICTIM #:
☐ VEHICLE TOWED
TOWED BY:
OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER

STOLEN MOTOR VEHICLE ONLY: NO. STOLEN, AREA STOLEN: ☐ RESID. ☐ BUSINESS ☐ RURAL, ADDITIONAL DESCRIPTION

AUTO INSURANCE NAME (Company) ADDRESS:

MOTOR VEHICLE RECOVERY ONLY: NO. RECOVERED 1, DATE RECOVERED, ☐ STOLEN IN YOUR JURISDICTION, WHERE RECOVERED?

## PROPERTY

**TYPE PROPERTY LOSS (Enter Code Below):** 1. NONE  2. BURNED  3. COUNTERFEITED/FORGED  4. DESTROYED/DAMAGED/VANDALIZED  5. STOLEN/ECT.  6. SEIZED  7. RECOVERED  U. UNKNOWN  P. PHOTO  E. EVIDENCE

### PROPERTY CODES:

**EXCHANGE MEDIUMS**
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

**DOCUMENTS**
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

**VALUABLES**
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables

**PERSONAL EFFECTS**
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

**HOUSEHOLD ITEMS**
14 Household Items

**EQUIPMENT**
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equipment
20 Recordings - Audio Vis.
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment

24 Heavy Construction
25 Building Supplies
26 Tools
27 Vehicle Parts/Acces.
28 Other Equipment

**CONSUMABLE ITEMS**
29 Alcohol
30 Buses
31 Drugs/Narcotics
32 Consumable Goods

**ANIMALS**
33 Livestock
34 Household Pets

**VEHICLES**
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers

**WEAPONS**
41 Watercraft
42 Recreational Veh.
43 Other Motor Veh.
44 Firearms
45 Other Weapons

**STRUCTURES**
46 Single Occupancy
47 Other Dwellings
48 Commercial/Bus.

**OTHER**
49 Indus./Mfg.
50 Public/Comm.
51 Storage
52 Other Structure
53 Merchandise
54 Other Property
55 Pending Inventory

## NARRATIVE

(SEE NARRATIVE SUPPLEMENT)

Case: 4:21-cv-00339-BYP Doc #: 9-3 Filed: 06/29/21 4 of 7. PageID #: 103

# SUSPECT / ARREST SUPPLEMENT

| Field | Value |
|---|---|
| ARRESTING AGENCY | Liberty Police Department |
| INCIDENT NUMBER | 09-18247 |
| VICTIM | |
| OFFENSE | WARRANTS FOR ARREST |
| INCIDENT DATE/TIME | 10-01-2009 12:37 |

**NO.** 1 ☒ ADULT ☐ JUVENILE
CHECK APPROPRIATE CATEGORY: ☐ SUSPECT ☐ ARRESTEE ☒ SUSPECT/ARRESTEE ☐ RUNAWAY ☐ MISSING ☐ OTHER ☐ CHARGES FILED

## NAME/DESCRIPTIVES

- **NAME (Last, First, Middle):** BARNETTE, LORENZA IRVING JR
- **ALIAS:**
- **GANG AFFILIATION:**
- **ADDRESS:** 421 LORA AVENUE, YOUNGSTOWN, OH 44504
- **PHONE:**
- **EMPLOYER NAME AND ADDRESS:** NORTHSTAR STEEL 2669 MARTIN LUTHER KING BOULEV, YOUNGSTOWN, No State, 44510
- **PHONE:** 330-746-0807
- **PLACE OF BIRTH:**
- **D.L.#/STATE:** RS224670 / OH
- **OCCUPATION/SCHOOL:**
- **AGE:** 27 - 27
- **D.O.B:** 10-05-1981
- **SEX:** M
- **RACE:** ☒ B ☐ A ☐ W ☐ I ☐ U
- **HEIGHT:** 508
- **WEIGHT:** 176
- **HAIR:** BLK
- **EYES:** BRO
- **MARITAL STATUS:** SI
- **SCARS, MARKS, TATTOOS:**
- **ADDITIONAL DESCRIPTIVES:**

**SUSPECTED OF USING:** ☐ ALCOHOL ☐ DRUGS
**POTENTIAL INJURIES?**
**RESIDENT STATUS:** ☒ 1. RESIDENT ☐ 2. TOURIST ☐ 3. MILITARY ☐ 4. STUDENT ☐ 5. OTHER (Explain) ☐ 6. UNKNOWN

**ARRESTEE WAS ARMED WITH:**
ARRESTEE ARMED WITH 1. 99  2. ___  3. ___

- 99 NONE
- 11 FIREARM
- 12 HANDGUN
- 12A AUTOMATIC HANDGUN
- 13 RIFLE
- 13A FULLY AUTOMATIC
- 13B OTHER FULLY AUTOMATIC FIREARM
- 14 SHOTGUN
- 15 OTHER FIREARM
- 15A SEMI-AUTOMATIC SPORTING RIFLE
- 15B SEMI-AUTOMATIC ASSAULT FIREARM
- 15C MACHINE PISTOL
- 16 IMITATION FIREARM
- 17 SIMULATED FIREARM
- 18 BB/PELLET GUN
- 20 KNIFE/CUTTING INSTRUMENT
- 30 BLUNT OBJECT
- 35 MOTOR VEHICLE
- 40 PERSONAL WEAPON
- 50 POISON
- 60 EXPLOSIVES
- 65 FIRE/INCENDIARY DEVICE
- 70 DRUGS/NARCS/SLEEPING PILLS
- 90 OTHER WEAPON
- U UNKNOWN

## ASSOC. PERSONS

| NAME | ADDRESS | Phone |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |

## ARREST INFORMATION

| # | ARREST/OFFENSE DESCRIPTION | ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # | ARREST LARCENY TYPE |
|---|---|---|---|---|---|
| 1. | WARRANTS FOR ARREST | 2941.36 | | | 23A - POCKET PICKING / 23B - PURSE SNATCHING |
| 2. | | | | | 23C - SHOPLIFTING / 23D - THEFT FROM BUILDING |
| 3. | | | | | 23E - THEFT FROM COIN-OP MACH. / 23F - THEFT FROM MOTOR VEH. |
| 4. | | | | | 23G - MOTOR VEH. PARTS/ACCES. / 24O - THEFT OF MOTOR VEHICLE |
| 5. | | | | | 23H - OTHER |

- **ARREST DATE:** 10-01-2009
- **TIME:** 13:22
- **ARREST LOCATION:** 2900 BLOCK ROOSEVELT
- **INCIDENT TRACKING NUMBER:** 09-18247
- **ARREST DISPOSITION:** TOT
- **BAIL:**
- **MIRANDA WITNESSED BY:** altier
- **TIME READ:**
- ☐ FINGERPRINTED
- **FINGERPRINT CARD NO.:**
- ☒ PHOTOS TAKEN
- **NO. TAKEN:** 1
- **PHOTO ID NO.:**
- **FBI/BCI#:**

**MULTIPLE ARRESTEE SEGMENTS INDICATOR:** ☒ COUNT ARRESTEE ☐ MULTIPLE INDICATOR ☐ N/A
**ARREST TYPE:** ☐ COMPLAINANT ☐ IN PROGRESS ☐ SUMMONS ☐ OTHER ☒ WARRANT ☐ ORDER OF PROTECTION

## JUVENILE

| JUV. PARENT/GUARDIAN NOTIFIED | DATE/TIME NOTIFIED | NOTIFIED BY | JUVENILE DISPOSITION | ☐ HANDLED W/IN DEPT. ☐ REFERRED TO OTHER AUTH. |
|---|---|---|---|---|
| PARENT/GUARDIAN NAME AND ADDRESS | | | RELATIONSHIP | PHONE |
| PARENT/GUARDIAN NAME AND ADDRESS | | | RELATIONSHIP | PHONE |

## RUNAWAYS/MISSING

| ☐ PREVIOUS RUNAWAY/MISSING | DATE OF LAST CONTACT | DATE OF EMANCIPATION | NCIC# | DATE/TIME ENTERED |
|---|---|---|---|---|

**LAST SEEN WEARING:**

| REPORTING OFFICER/ARRESTING OFFICER | ALTIER, ROB | BADGE NO. 929 | DATE 10-01-2009 |
|---|---|---|---|
| APPROVING OFFICER | NICHOLS, DANIEL | BADGE NO. 920 | DATE 10-01-2009 |
| COURT | | | COURT DATE |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 09-18247 |
|---|---|---|
| VICTIM SOCIETY | OFFENSE WARRANTS FOR ARREST | INCIDENT DATE/TIME 10-01-2009 12:37 |

ON THE ABOVE STATED DATE AND TIME, R/O WAS CONTACTED BY DET/SGT ELBERTY OF THE VIOLENT CRIMES TASK FORCE, REFERENCE THE LISTED SUSPECT. DUE TO R/O'S KNOWLEDGE OF THE SUSPECT AND HIS ON GOINGS IN LIBERTY TOWNSHIP, R/O WAS REQUESTED TO ASSIST VCTF IN SERVING A WARRANT ON HIS RESIDENCE. R/O SPOKE TO CAPTAIN MELORO AND WAS GRANTED PERMISSION TO ASSIST.

UPON MEETING WITH VCTF, THEY ADVISED, THAT THEY HAD HOMICIDE WARRANTS FOR THE LISTED SUSPECT. R/O CONDUCTED SEVERAL ROUTINE CHECKS ON THE RESIDENCE AND OBSERVED LITTLE ACTIVITY. R/O WAS SENT BACK TO THE AREA OF 3003 GREEN ACRES IN AN ATTEMPT TO ENTER THE BUILDING. AS R/O WAS PULLING IN THE BACK LOT OF SAID ADDRESS, I OBSERVED THE LISTED VEHICLE SITTING IN THE REAR LOT. AS R/O DROVE THE REAR LOT, A B/M EXITED THE REAR DOOR OF 3003 GREEN ACRES. R/O POSITIVELY IDENTIFIED THE SUBJECT AS THE WANTED SUSPECT. R/O ADVISED LPD COMMUNICATIONS AND VCTF UNITS THAT THE SUSPECT WAS GETTING INTO A SILVER CADILLAC BEARING OHIO PLATE EVG-4540, AND THAT ANOTHER B/M SUSPECT WAS IN THE VEHICLE.

R/O OBSERVED THE VEHICLE TRAVEL WEST ON COLONIAL, THEN TURN SOUTH ON ROOSEVELT. R/O ADVISED UNITS OF SUCH. AS R/O OBSERVED VCTF AND LPD UNITS ON ROOSEVELT, A FELONY STOP WAS INITIATED. THE LISTED SUSPECT WAS TAKEN INTO CUSTODY WITH OUT INCIDENT. THE B/M DRIVER WAS THE SUSPECTS GRAND FATHER AND WAS RELEASED WITH OUT CHARGES.

R/O RECEIVED PERMISSION FROM LPD COMMAND AND TURNED THE SUBJECT DIRECTLY OVER TO VCTF, DUE TO THEM WISHING TO INTERVIEW THE SUBJECT. R/O ENTERED THE ARRESTEE INTO IMAGE NET AND FILED SAID REPORT.

THE SUBJECT TO APPEAR IN MAHONING COUNTY COMMON PLEAS COURT TO ANSWER TO HIS CHARGES OF HOMICIDE.

| REASON CLEARED | | | | DATE CLEARED |
|---|---|---|---|---|
| ☐ DEATH OF OFFENDER | ☐ VICTIM REFUSED TO COOPR. | ☐ ARREST - JUVENILE | ☐ CLOSED | 10-01-2009 |
| ☐ PROSECUTION DECLINED | ☐ JUVENILE/NO CUSTODY | ☐ WARRANT ISSUED | ☐ UNFOUNDED | |
| ☐ EXTRADITION DENIED | ☒ ARREST - ADULT | ☐ INVEST. PENDING | ☐ INVEST. PENDING | |

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| ALTIER, ROB | | 10-01-2009 |
| APPROVING OFFICER | BADGE NO. | DATE |
| NICHOLS, DANIEL | 920 | 10-01-2009 |

| IMAGE SUPPLEMENT | | | INCIDENT NUMBER 09-18247 |
|---|---|---|---|
| VICTIM SOCIETY | | OFFENSE WARRANTS FOR ARREST | INCIDENT DATE/TIME 10-01-2009 12:37 |



suspect barnette at scene



suspect in custody at scene