| STATE OF OHIO | ) | IN THE COURT OF APPEALS OF OHIO |
| --- | --- | --- |
| MAHONING COUNTY | ) SS: | SEVENTH DISTRICT |

| STATE OF OHIO | ) | CASE NO. 17 MA 0027 |
| --- | --- | --- |
| PLAINTIFF-APPELLEE | ) | |
| VS. | ) | JUDGMENT ENTRY |
| LORENZA BARNETTE | ) | |
| DEFENDANT-APPELLANT | ) | |

CLERK OF COURTS
MAHONING COUNTY, OHIO
DEC 15 2017
FILED
ANTHONY VIVO, CLERK

For the reasons stated in the Opinion rendered herein, the assignment of error is overruled and it is the final judgment and order of this Court that the judgment of the Court of Common Pleas of Mahoning County, Ohio, is affirmed. Costs waived.

JUDGES.

2017 MA
00027
00009609503
JUDENT

?000082