Lorenza Barnette (#620463)
Marion Corr. Inst.
P.O. Box 57
Marion, Oh. 43302

Office of the Clerk
United States District Court
125 Market Street, Room 337
Youngstown Ohio 44503-4787